# United States Bankruptcy Court
# Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Carmelita Salvador Agpawa

**BANKRUPTCY NO.**  6:10−bk−13210−PC

**CHAPTER**  7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**  xxx−xx−4091
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** N/A

**Address:**
69725 Brookview Way
Cathedral City, CA 92234

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

Dated: July 2, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN−24

**20 / TAP**